# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CLINTELL COTHRAN, SR.**                                                                                          **PLAINTIFF**

**v.**                                              **Case No. 3:23-cv-00087-KGB**

**PAMELA B. HONEYCUTT**                                                                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Court's Order filed this date, it is considered, ordered, and adjudged that plaintiff Clintell Cothran, Sr.'s complaint is dismissed.  The Court denies the requested relief.

It is so ordered this 7th day of November, 2023.

_____
Kristine G. Baker
United States District Judge